UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Darrin Virgil,

       Petitioner,                         Case No. 05-72480

v.                                                   Hon. Nancy G. Edmunds

Sherry Burt, Warden,

       Respondent.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Petitioner's Motion to Stay Proceedings is hereby DENIED.

       SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: June 15, 2007


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 15, 2007, by electronic and/or ordinary mail.

                                      s/Carol A. Hemeyer
                                      Case Manager